CLAYTON B. JONES et al., as Surviving Members of the Firm of GEORGE F. JONES & SON, Appellants, *v.* OBCANSKA ZALOZNA V KARLINE, Respondent.

(Argued October 22, 1930; decided November 18, 1930.)

*Harold J. Baily* for appellants.

*Maxwell C. Katz, Otto C. Sommerich* and *Raymond T. Heilpern* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.